[13 NE3d 660, 990 NYS2d 160]

GUILLERMO ROBLES, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Decided June 10, 2014

**APPEARANCES OF COUNSEL**

*Bragoli & Associates, P.C.*, Melville (*Susan R. Nudelman* of counsel), for appellant.

*Cullen and Dykman LLP*, New York City (*Joseph C. Fegan* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendant's motion for summary judgment dismissing the complaint denied. The Appellate Division improperly concluded that defendant was entitled to summary judgment, as defendant failed to show that it was prejudiced by any defect in plaintiff's notice of claim (*see generally* General Municipal Law § 50-e [6]), and triable issues of fact remain.

Concur: Chief Judge Lippman and Judges Graffeo, Read, Smith, Pigott, Rivera and Abdus-Salaam.